

### City of Rochester

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**Christopher S. Noone**
Municipal Attorney

February 8, 2022

Hon. Mark Pedersen
United States Magistrate Judge
100 State Street
Rochester, NY 14614

      Re:   Kendrick v LaFave & Vaughn
              Civil Action No.: 18-cv-6932

Dear Judge Pedersen:

    I am writing in follow-up to the telephonic pretrial conference held on February 2 regarding the above matter. Mr. Kendrick made some discovery requests—specifically, for arrest and search warrants and for the applications for them, logs regarding persons permitted into the outer and inner perimeter setup at the scene of the Jose Troche murder, and whether there is body worn camera footage of any of the events there. I spoke with Capt. Umbrino of the RPD Major Crimes Unit on February 3 and he advises that all that RPD had was turned over to "the Feds" relative to Mr. Kendrick's criminal matter. I then contacted AUSA Rodriguez, who advised me that whatever was received was provided to Mr. Kendrick's criminal defense attorney. He advised that he has nothing either. If this proves accurate, then I would respectfully request that if Mr. Kendrick is able to access the aforesaid material through his defense attorney, I be provided with copies.

    Thank you for your courtesies and your kind consideration of this matter, as well as my above request.

                                    Very truly yours,

                                    Christopher S. Noone
                                    Municipal Attorney

CSN/mb
cc: James Dean Kendrick
    DIN: 19301055
    Allenwood U.S. Penitentiary
    P.O. Box 3000
    White Deer, PA 17887