James Dean Kendrick #19301055
USP Allenwood
P.O. Box 3000
White Deer, PA 17887
Date: November 24, 2022

Honorable Mark Pedersen
United States Magistrate Judge
U.S. Courthouse
100 State Street
Rochester, N.Y. 14614

Re: Kendrick v. Troche, et al., Case No. 18-cv-6932.

Judge Pedersen,

After the phone conference, held on November 2022, I went back through relevant records that I have and I have enclosed with this letter the following documents:

1.) A copy of a letter that I received from Judge Renzi, in response to my request for Search Warrants and Affidavits for the Search Warrants, that were issued and executed in relation to the investigation of the Jose Troche homicide, in which my requests are denied.

2.) A copy of my Motion To Compel Discovery, which contains written notes that I believe were made by the Court, some of which

list action that will be taken.

3.) A copy of a letter, to Your Honor, from Mr. Noone, in which, Mr. Noone informs the Court that Capt. Umbrino, of the RPD, advised him that everything was turned over to "the Feds". Mr. Noone further informs the Court that AUSA Rodriguez advised him that whatever was received was provided to Mr. Kendrick's criminal defense attorney. However, AUSA Rodriguez' statement is false. In fact, an RPD Investigative Report of Investigator Randall Benjamin, that Mr. Noone included with a filing, on behalf of the Defendants, in this case, was never provided to the Defense in my criminal case. A page of said Report is mentioned below, and is included with this letter.

4.) A copy of an investigation report, in which, the reporting Sgt. states that he/she completed a tow request for my car. Said Report is Bate stamped 000412 and was part of the discovery in my case.

5.) A copy of pg. 3 of 6 of a Rochester Police Department Investigative Action Report, of Randall Benjamin, in which, Randall Benjamin states that prior to interviewing James Kendrick it was determined that a search

warrant would be executed at 341 Sharon Drive. ... Investigator Cassidy and Investigator Lucci assisted with the search warrant. Notably, said Report was never provided to my defense attorney.

6.) A copy of a Greece Police Department addendum report, of officer Bachman, in which, the reporting officer states that he/she secured 341 Sharon Drive pending search warrant execution. ... A search warrant was then conducted.

7.) A copy of the Certified Copy of the Grand Jury's-Finding of Dismissal, in relation to the State Murder charge that was pending against me.

After going over my notes, from the last phone conference, I realized that I had also requested the radio transmissions, of the Defendants, for the date and time of the Jose Troche homicide. Specifically, but not limited to, all radio transmissions, to and from the Defendants, upon arrival on the crime scene and continuing thereafter. I am herein requesting that said radio transmissions be included in Your Honors Order.
Additionally, there were search warrants issued for my home (184-A Kingsberry Drive, Rochester,

New York 14626) and my cell-phone. While no evidence was located, pursuant to said search warrants, the Search Warrants and the Affidavit(s) for said Search Warrants may contain relevant information. Therefore, I am herein requesting that Your Honor's Order include said Search Warrants and Affidavit(s).

Respectfully submitted,
James Dean Kedrick

cc Files
cc: Mr. Noone

06/10/2020

*Supreme Court Chambers*
*545 Hall of Justice*
*Rochester, New York 14614-2184*
*Hon. Alex R. Renzi, JSC*

DBDKSMP 17887

3A

Mr. James Dean Kendrick
Inmate - 19301055
USP Allenwood, U.S. Penitentiary
P.O. Box 3000
White Deer, PA    17887

123

Presort
First Class Mail
ComBasPrice

ZIP 14614
02 1W
0001400567
$ 000.46°
U.S. POSTAGE >> PITNEY BOWES
JUN 06 2020

06/10/2020



**Supreme Court Chambers**
**Hall of Justice**
Rochester, New York 14614-2184
Phone 585.371.3673
Fax 585.784.4216



*Hon. Alex R. Renzi*
*Supreme Court Justice*

*Thomas J. Brilbeck*
*Principle Law Clerk*

June 8, 2020

Mr. James Dean Kendrick
Inmate - 19301055
USP Allenwood, U.S. Penitentiary
P.O. Box 3000
White Deer, PA   17887

RE:   *Request for Documents*

Dear Mr. Kendrick:

The Court is in receipt of your letter dated April 26, 2020 seeking production of search warrants and supporting documents pertaining to a 2010 homicide investigation.

Insofar as it appears this matter is sealed, there is no provision of New York law that would compel this Court to disseminate these materials.

Accordingly, your application is denied in all respects.

So Ordered.

Dated:   June 8, 2020
         Rochester, New York

HON. ALEX R. RENZI
Justice of the Supreme Court

01/31/2022

*Some demands have not been previously served*

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK

JAMES DEAN KENDRICK,
    Plaintiff,

v.

TROCHE et al,
    Defendant(s).

Case No.: 18-cv-06932-CJS
MOTION TO COMPEL DISCOVERY

I, James Dean Kendrick, declare and state under penalty of perjury that I am the Plaintiff in the above-captioned proceeding, that I am proceeding Pro Se, and I am filing this Motion to request that this Court issue an Order compelling discovery of the following: — *Body cam. footage?*

1. All materials, whether written, typed, video recorded, audio recorded, or in any other form that Defendant Vaughn considers to have exculpatory value as to him, in relation to this case; *Rule 26 disclosure provided*

2. All material, whether written, typed, video recorded, audio recorded, or in any other form that Defendant Lafave considers to have exculpatory value as to him, in relation to this case; *Greece P.D. reports*

3. All log entries logged which list the people that were allowed entry into the inner-perimeter of the *R.P.D.* crime-scene, at 510 Augustine Street, on January 14, 2010, in relation to the Jose Troche homicide; *Noone will seek info. if it exists*

4. All log entries logged which list the people that were allowed entry into the outer-perimeter of the crime-scene, at 510 Augustine Street, on January 14, 2010, in relation to the Jose Troche homicide; *Noone will seek info. if it exists*

*moves*
5. All defenses that Defendant Vaughn intends to pursue as a Defense at trial;

6. All defenses that Defendant Lafave intends to pursue as a Defense at trial;

7. The name and qualifications of all expert witnesses that Defendant Vaughn intends to call as a witnesses, for his defense, at trial; *None.*

8. The name and qualifications of all expert witnesses that Defendant Lafave intends to call as a witness, for his defense, at trial; *None.*

9. All materials, in any form, which shows that Defendant Vaughn has failed to follow proper procedures, of the Rochester Police Department, in all other cases that he has been involved with;

*disciplinary — none will check*

10. All materials, in any form, which shows that Defendant Lafave has failed to follow proper procedures, of the Rochester Police Department, in all other cases that he has been involved with;

11. All materials, in any form, which shows that Defendant Vaughn has fabricated evidence in prior cases that he has been involved with;

12. All materials, in any form, which shows that Defendant Lafave has fabricated evidence in prior cases that he has been involved with;

13. All materials, in any form, which shows that Defendant Vaughn has failed to follow proper protocols, of the Rochester Police Department, in prior cases that he has been involved with;

14. All materials, in any form, which shows that Defendant Lafave has failed to follow proper protocols, of the Rochester Police Department, in prior cases that he has been involved with;

15. All materials, in any form, which show that Defendant Vaughn has failed to follow proper policies, of the Rochester Police Department, in prior cases that he has been involved with;

16. All materials, in any form, which show that Defendant Lafave has failed to follow proper policies, of the Rochester Police Department, in prior cases that he has been involved with;

17. If the Defendants, Vaughn and Lafave, are not in the possession of any of the materials that are within the scope of materials, herein requested in paragraphs 1-16, both Defendants Vaughn and Lafave are Ordered to identify the agency (agencies) as well as all custodians that are in possession of the requested materials;

18. And for any other and further order of discovery that this Court deems just and proper.

Dated: December 10, 2021

Sign: James Dean Kendrick
Print: James Dean Kendrick
Inmate #19301055
USP Allenwood
P.O. Box 3000
Whited Deer, PA 17887

2

02/14/2022



**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**Christopher S. Noone**
Municipal Attorney

February 8, 2022

Hon. Mark Pedersen
United States Magistrate Judge
100 State Street
Rochester, NY 14614

    Re:    *Kendrick v LaFave & Vaughn*
             Civil Action No.: 18-cv-6932

Dear Judge Pedersen:

    I am writing in follow-up to the telephonic pretrial conference held on February 2 regarding the above matter. Mr. Kendrick made some discovery requests—specifically, for arrest and search warrants and for the applications for them, logs regarding persons permitted into the outer and inner perimeter setup at the scene of the Jose Troche murder, and whether there is body worn camera footage of any of the events there. I spoke with Capt. Umbrino of the RPD Major Crimes Unit on February 3 and he advises that all that RPD had was turned over to "the Feds" relative to Mr. Kendrick's criminal matter. I then contacted AUSA Rodriguez, who advised me that whatever was received was provided to Mr. Kendrick's criminal defense attorney. He advised that he has nothing either. If this proves accurate, then I would respectfully request that if Mr. Kendrick is able to access the aforesaid material through his defense attorney, I be provided with copies.

    Thank you for your courtesies and your kind consideration of this matter, as well as my above request.

                                        Very truly yours,

                                        Christopher S. Noone
                                        Municipal Attorney

CSN/mb
cc:  James Dean Kendrick
      DIN: 19301055
      Allenwood U.S. Penitentiary
      P.O. Box 3000
      White Deer, PA 17887

| | | | | |
|---|---|---|---|---|
| VICTIM'S NAME (LAST, FIRST, MIDDLE) OR FIRM NAME IF BUSINESS | | 2. LOCATION OF OFFENSE (HOUSE NO.-STREET NAME) | DIV/PSA | 3. CR # |
| Elie, Jose | | 510 Augustine ST | 4M | 10-013555 |

| | | | |
|---|---|---|---|
| 4. TIME OF OCCURRENCE M/D/Y/T | | 5. OFFENSE / CHARGE / INCIDENT (MOST RECENT CLASSIFICATION) | |
| 01/14/10 0553 | | Murder 2nd | |

6. CLASSIFICATION AFTER INVESTIGATION (INCLUDE LAW SECTION NUMBER)

7. NARRATIVE: DO NOT REPEAT THE RESULTS OF THE PRELIMINARY INVESTIGATION. REPORT ALL ACTIONS TAKEN AND ALL DEVELOPMENTS IN THE CASE SINCE THE LAST REPORT. DESCRIBE AND RECORD THE VALUE OF RECOVERED PROPERTY. LIST THE NAME, RECORD NUMBER AND DESCRIPTION OF PERSONS ARRESTED. EXPLAIN CLASSIFICATION CHANGE. CLEARLY SHOW THE DISPOSITION OF RECOVERED PROPERTY.

R/SGT. ASSISTED AT 341 SHARON DRIVE AS PART OF THIS HOMICIDE INVESTIGATION. AS A RESULT, I COMPLETED A TOW REQUEST FOR NY EJB8661. 452 ARRIVED WITH A FLATBED TRUCK, WHICH I FOLLOWED TO THE PSB. THERE I MET WITH TECH RICE WHO SECURED THE VEHICLE IN THE PSB BASEMENT GARAGE.

VEHICLE RECOVERY:
- 8. YEAR: 93
- 9. MAKE: SATURN
- 10. TYPE: 40
- 11. MODEL:
- 12. COLOR(S): GREEN
- 13. V.I.N.: 1G8ZH5592PZ287183
- 14. REGISTRATION #: EJB 8661
- 15. STATE: NY
- 16. BY: Tow 452 / 011310 2050
- 17. RECOVERY FOR: RPD
- 18. LOCATION RECOVERED: 341 SHARON DRIVE / DATE 011310 / TIME 2020
- 19. EVIDENCE OF DAMAGE / METHOD OF THEFT:
- 20. TIME RADIO NOTIFIED OF RECOVERY:
- 21. RECOVERED BY: ☒ RPD
- 22. OWNER NOTIFIED BY:

23. INVESTIGATIVE STATUS
- CONTINUANCE OF
- CHANGED TO
- CLOSED BY
- ☐ FIELD
- ☒ FIELD
- ☐ ARREST-ADULT
- ☐ PROS DECLINED
- ☐ VICT. REFUSED COOP
- ☐ EXTRADITION DENIED
- ☐ WARRANT ADVISE
- ☐ CBI-OFFICE
- ☐ CBI-OFFICE
- ☐ ARREST-JUV
- ☐ DEATH OF OFFENDER
- ☐ JUV NO COURT/DIVERSION
- ☐ UNFOUNDED

24. FURTHER INVESTIGATION TO BE CONDUCTED BY:
25. V. RELATIONSHIP TO SUSPECT:
26. PERSON(S) ARRESTED: ☐NO ☐YES NO.
27. SRR FILED: ( )YES ( )NO
28. BIAS INCIDENT: ( )YES ( )NO

29. PROPERTY RECOVERED: ☐YES $
30. PROPERTY INVENTORY: ☐NO ☐YES LOT#
31. MULTIPLE CLEARUP? ☐YES ☐NO
32. XC TO:

WORKING CR #: 10-01469
33. TELETYPE: ☐SENT ☐CANCELLED
☐PROPERTY ☐SUSPECT
34. ADDITIONAL TECHWORK: ☐COMPOSITE ☐FINGERPRINT ☐SKETCH/DIAGRAM ☐OTHER

35. DATE SUBMITTED: 01/13/10
36. REPORTING OFFICER: Sgt / ID# 341/55
37. SUPERVISOR APPROVING: Sgt / ID# 341/S000412

1

Case 6:18-cv-06932-CJS-MJP  Document 76  Filed 12/01/22  Page 11 of 16

Page 3 of 6
ROCHESTER POLICE DEPARTMENT
INVESTIGATIVE ACTION REPORT
CASE UPDATE
2010-00013555

added his mother baby sat for two of Kendrick's kid's.

RI's (Benjamin/O'Brien) went to Strong Memorial Hospital and learned the Medical Examiner's Office had taken the victims remains. At approximately 1015 hours RI's (Benjamin/O'Brien) responded to the Medical Examiner's Office. RI's learned from Medical Examiner Caroline Dignan that Jose Troche was shot twice in the abdomen and chest. There were no bullets or projectiles collected from his remains.

At approximately 1230 hours RI's (Benjamin/O'Brien) met Maria Troche at the Public Safety Building. Maria Troche stated the following: she and Jose have been married for approximately 10 years. They have four children, Deniliz 12, Shakira 6, Christine 5 and Josclyn 6 mos. Maria added that she is 4 months pregnant. Maria further added that she was sleeping when Jose got up to go to work. She said Jose gets up every morning at the same time. Jose drives a School bus and he works out of the Hudson Avenue location. Jose walked out of the basement door which is on the west side of their house. A few seconds later she heard a "boom" and then Jose screaming, after that she heard two more sounds that sounded like the first one. Maria looked out her second story window and saw a black car driving off and turn left on Dove Street. Maria then ran downstairs and looked out the dining room window and saw Jose lying in the driveway near their van. She then ran outside and started screaming and asked a neighbor to call 911. An unidentified boy going to school stopped and helped. Maria didn't know who the boy was. When the Police arrived Maria went inside her house. The Police were outside checking on Jose while she was inside. An Officer came inside and asked Maria if she knew who did this to Jose and Maria told the Police she thought J.D. did it. The Officer asked who was J.D. and Maria told the Officer J.D. was James Kendrick. The Officer then told her that Jose told him James Kendrick was the one who shot him. Maria was deposed about her account of the incident. Maria also identified James Kendrick in a photo array.

At approximately 1645 hours RI's (Benjamin/O'Brien) were advised James Kendrick was in custody. Kendrick was observed coming from 341 Sharon Drive (Greece). Kendrick was located driving a Pontiac Vibe reg# CTS3789 at West Ridge Road and Fetzner Rd. He was stopped by the Greece Police and taken into custody. Kendrick was transported to the Public Safety Building and placed in interview room #450. A check at 341 Sharon Drive found occupants Kevin Kendrick 02/06/1975, Tanya Gould 07/23/1973 and Gould's 16 year old daughter Jessica Rogers. They were transported to the Public Safety building fourth floor. Kendrick was brought to the Public Safety Building fourth floor and placed in interview room 450.

Prior to interviewing James Kendrick it was determined that a search warrant would be executed at 341 Sharon Drive. Upon entering the house Officers observed in plain view a Marijuana grow operation. Investigator Cassidy and Investigator Lucci assisted with the search warrant, refer to their Investigative Action report for further details.

At approximately 1730 hours RI's (Benjamin/O'Brien) entered room 450 and introductions were made with James Kendrick. Kendrick confirmed his identity and said he resides at 184 Kingsboro Drive in the town of Greece with his two sons who are 10 and 11 years old respectfully. He said the mother is Laura Santiago and she lives in Canandaigua. He works construction and is in the Labor Union but he is unemployed at the moment. Kendrick said he attended East Ridge high school and finished the 10th grade and then dropped out. He did obtain his G.E.D. RI advised Kendrick before we started talking about why he was at the Public Safety Building I was going to read him his rights. After reading Kendrick his Miranda Warning's he requested an attorney. Kendrick said his attorney was John Parinello.

At approximately 2110 RI's (Benjamin/O'Brien) met with Tanya Gould 07/22/1973, 341 Sharon Drive (585-465-1548). Gould said she lives at the location with her boyfriend Kevin Kendrick and daughter Jessica Rogers. Gould stated the following: she woke up at approximately 6:00 am and observed a green Saturn in the driveway. Gould said she didn't recognize the vehicle

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| BENJAMIN | RANDALL | 0030 | 05/27/2016 | COR\fz1543|ZENELOVIC, FLAMUR|5/27/2016|13:00 |

Greece Police department addendum report

PAGE 2 OF 2

| 3. VICTIM'S NAME (LAST, FIRST, MIDDLE) OR FIRM NAME IF BUSINESS | 4. ADDRESS OF INCIDENT | 5. SEC | 6. DATE OF INCIDENT |
|---|---|---|---|
| | FETZNER RD/WEST RIDGE | 7 | 01/14/10 |

A CONTINUATION OF A Incident REPORT

10003134

R/O ASSISTED THE ROCHESTER POLICE DEPARTMENT WITH A HOMICIDE INVESTIGATION AND SUBSEQUENT ARREST OF JAMES A. KENDRICK (06-03-74, 184 KINGSBURY, GREECE). RPD SERGEANT LEE CONTACTED R/O VIA RADIO AND ADVISED KENDRICK WAS DRIVING A PONTIAC VIBE, NY PLATE CTS3789, SOUTHBOUND ON FETZNER AT WEST RIDGE ROAD. R/O CONDUCTED A FELONY STOP OF SAID VEHICLE WITH ASSISTANCE FROM SEVERAL GREECE AND RPD UNITS. AT WHICH TIME R/O PLACED KENDRICK IN CUSTODY FOR CITY OF ROCHESTER INCIDENT AND WAS TURNED OVER TO RPD. R/O THEN SECURED 341 SHARON DRIVE PENDING SEARCH WARRANT EXECUTION. R/O, ASSISTED BY SEVERAL RPD OFFICERS, CONDUCTED A HEAD COUNT OF OCCUPANTS INSIDE THE LOCATION FOR OFFICER SAFETY REASONS. AT WHICH TIME, R/O, ALONG WITH RPD OFFICERS FOUND APPROXIMATELY FORTY MARIJUANA PLANTS GROWING INSIDE A BASEMENT HOMEMADE CLOSET. A SEARCH WARRANT WAS THEN CONDUCTED, AND THE MARIJUANA PLANTS WERE SEIZED BY GRANET.

REPORTING OFFICERS(S)
Officer M. Bachman MB

SUPERVISOR

## FINDING OF DISMISSAL

---

### THE PEOPLE OF THE STATE OF NEW YORK

-vs-

### JAMES D. KENDRICK

---

On December 20, 2016, the Grand Jury heard the case of the People of the State of New York versus JAMES D. KENDRICK, originally charged with the crime of Murder in the Second Degree on January 14, 2010, and after hearing evidence it was the determination of the Grand Jury that the evidence before the Grand Jury was not legally sufficient to establish that such person committed such crime or any other offense or that there was not reasonable cause to believe that the defendant committed such crime or any other offense.

The Grand Jury, therefore, presents for filing with the Court, pursuant to the Criminal Procedure Law, Section 190.75, their finding of dismissal.

December 22, 2016

_____
GRAND JURY FOREMAN

STATE OF NEW YORK (COUNTY OF MONROE) SS
I, Jamie Romeo, CLERK OF THE COUNTY OF MONROE OF THE COUNTY COURT OF SAID COUNTY AND OF THE SUPREME COURT BOTH BEIING COURTS OF RECORD HAVING A COMMON SEAL
 DO HEREBY CERTIFY THAT I HAVE COMPARED THIS COPY WITH THE ORIGINAL FILED OR RECORDED IN THIS OFFICE AND THAT THE SAME IS A CORRECT TRANSCRIPT THEREOF AND OF THE WHOLE OF SAID ORIGINAL IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE SEAL OF THE SAID COUNTY AND COURTS ON
_____ DATE 3/13/20
FACSIMILE SIGNATURE USED PERSUANT TO SEC 903 OF COUNTY LAW.

James ~~Pear Heard~~
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

NOV 2 8 20

Honorable M

⇔ 19301-055 ⇔ U.S. Magis
Us Courthouse
100 State ST
Rochester, NY 14614
United States

Mailed From US Pe

Legal Mail

