# GREGORY L. SILVERMAN, ESQ., P.C.

118 Genesee St.  
Geneva, NY 14456

greg@silverman-law.com  
585.480.6686

August 23, 2023

**VIA CM/ECF ONLY**
Hon. Mark W. Pedersen
USDC-WDNY
100 State Street
Rochester, NY 14614
pedersen@nywd.uscourts.gov

      **RE:**      Kendrick v. LaFave, et al, Case No.: 18-cv-6932

      **SUBJECT:**      Status report concerning aiding Plaintiff in obtaining documents outlined in ECF No. 75

Dear Judge Pedersen:

    As you know I have been appointed as *pro bono* counsel for Plaintiff James Dean Kendrick in assisting him obtaining documents outlined in ECF No. 75. Since being so appointed, I have corresponded with and spoken to Mr. Kendrick multiple times about his requested documents.

    There are various sources from which to obtain the requested documents. One of the first sources is AUSA Andy Rodriguez, who indicated that any documents he had regarding Mr. Kendrick was provided to Brian M. Melber, Esq. in the criminal matter of *United States v. Damion Colabatistto*. I have been in contact with Mr. Melber's firm, and I understand that there are ten discovery discs, with three to five discs which may have documents outlined in ECF No. 75. I expect a review of these discs for documents requested in ECF No. 75 will be completed in approximately one month.

    Another source is attorney Cheryl Meyers Buth, who represented Mr. Kendrick's mother in the relevant criminal matters. Ms. Buth has been contacted to determine what was provided to her in discovery by the United States Attorney's Office during the criminal trial. I plan to follow up with her if I do not hear back soon.

    Please let me know of any questions. I thank the Court for its attention and courtesies.

                                                     Sincerely,

                                                     Gregory L. Silverman

cc:    James Dean Kendrick
        Inmate - 19301055
        USP Canaan
        3057 Eric J. Williams Memorial Dr.
        Waymart, PA 18472