UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

INDEX #: 6:18-CV-06932
DATE FILED:
COURT DATE:
Job #: 596820
Your File No:

JAMES DEAN KENDRICK

*Plaintiff*

vs

TROCHE. ET AL.,

*Defendant*

GREGORY L. SILVERMAN, ESQ., PLLC
118 GENESEE STREET
GENEVA, NY 14456
COURT DATE

CLIENT'S FILE NO.:

**AFFIRMATION OF SERVICE**

I, Yoler Jean-Baptiste, affirms and says deponent is not a party to this action and is over the age of eighteen years and a process server with its principal place of business located at 206 Stonehinge Ln, Ste 2, Carle Pl, NY 11514.

That on 4/3/2025 at 2:04 PM at 25 BEAVER STREET, ROOM 830, NEW YORK, NY 10004, deponent served the within SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION by personally delivering to and leaving with Sandra Benton for NEW YORK STATE UNIFIED COURT SYSTEM, a true copy thereof, and that deponent knew the person so served to be the General Agent/ and stated (s)he was authorized to accept legal papers for the defendant/recipeint herein.

A perceived description of the person served on behalf of the defendant is as follows:
**Approx Age**: 36 - 50 Yrs., **Approx Weight**: 131-160 Lbs., **Approx Height**: 5ft 4in - 5ft 8in, **Gender**: Female, **Race**: African American, **Approx Hair**: Brown, **Other**: Glasses

I affirm on 04/04/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



_____
Yoler Jean-Baptiste
1139306

R/D Traveler's 206 Stonehinge Ln - Ste 2, Carle Place, NY 11514 - NYC DCA Lic# 1373465