**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**AFFIRMATION OF SERVICE**

Index No.: **6:18-cv-06932**

| | |
|---|---|
| Plaintiff(s): | **James Dean Kendrick** |
| Defendant(s): | **Troche, et al** |

**Ryan Witherow**, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **03/19/2025** at **3:47 PM**, I served the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action on

**Monroe County Office of the District Attorney** at **47 S. Fitzhugh St., Rochester, NY 14614** in the manner indicated below:

**GOVERNMENTAL SERVICE**: By delivering a true copy of said documents to **Steve (refused last name), Security Officer,** Authorized Agent. The undersigned asked the recipient if he/she is authorized to accept service on behalf of Monroe County Office of the District Attorney and received an affirmative reply. A description of Steve (refused last name), Security Officer, based on the undersigned's perception, is as follows:

Gender: **Male**  Race: **White**  Color of hair: **Gray**  Age: **50**  Height: **5ft 9in - 6ft 0in**  Weight: **201-250 lbs.**

I affirm on ___March 20, 2025___, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _Ryan Witherow_
Ryan Witherow

Gregory L Silverman, Esq



*248127*