UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JAMES DEAN KENDRICK,

                     Plaintiff,        AMENDED SCHEDULING ORDER
                                                18-CV-6932-CJS-MJP

vs.

JEFFREY LAFAVE ET AL,

                     Defendant.

_____

After Plaintiff having requested an extension of the discovery deadlines (ECF No. 131) and Plaintiff's *pro bono* counsel and defense counsel having no objection, the Court

ORDERS that:

1. The deadline for mandatory disclosure requirements found in Rule 26(a)(1) of the Federal Rules of Civil Procedure, as well as any objections to the mandatory disclosure requirements, has passed.

2. All factual discovery in this case shall be completed on or before **January 23, 2026.** All motions to compel discovery shall be filed by **February 10, 2026**.

3. Dispositive motions, if any, shall be filed no later than **May 4, 2026**. Unless a consent to proceed before this Court will be filed, such motions shall be made returnable before Judge Siragusa.

4. If no dispositive motions are filed, counsel shall immediately contact the trial judge so that a trial date status conference can be scheduled.

5. Requests to extend the above cut-off dates may be granted upon written application, made prior to the cutoff date, and showing good cause for the extension. Application for extensions should be made to the Magistrate Judge. Joint or unopposed requests to extend the deadlines set forth in this order need not be made by formal motion, but rather may be sought in a letter to the court. Letter requests must detail good cause for the extension and propose new deadlines.

6. The Court requires that should any discovery dispute arise between the parties that a letter be sent to the Court detailing the dispute prior to any motion practice.

SO ORDERED.

DATED: October 24, 2025
Rochester, New York

MARK W. PEDERSEN
United States Magistrate Judge