1 of 2

James Dean Kendrick #19301055
USP Canaan
P.O. Box 300
Waymart, PA 18472
Date: January 20, 2026

Honorable Mark W. Pedersen
United States Magistrate Judge
U.S. District Court
100 State Street
Rochester, N.Y. 14614

Re: Kendrick v. Troche, et al., Case No. 18-cv-6932.

Honorable Mark W. Pedersen,

    I am writing to herein request an extension of the cut-off deadlines in the above-mentioned case.
    I have discussed, with Mr. Silverman, additional possible avenues to try and obtain the discovery materials that we are seeking. However, I do not know the status of Mr. Silverman's attempts to obtain said discovery materials, or to pursue said avenues, as I have not spoken with Mr. Silverman since before Christmas.
    I have not proposed new deadlines because I have not spoken with Mr. Silverman and I do not know how much time he needs.
    This facility (USP Canaan) is currently locked down, and has been on locked-down or modified lockdown for quite some time. Therefore, I have not been able to speak with Mr. Silverman, or Mr. Noone, and I do not know their position

2 of 2

as to my request for an extension. I do herein request an extension of the deadlines and scheduling order in the above-mentioned case.

I, James Dean Kendrick, declare and state under penalty of perjury that I placed this letter in the facility (USP Canaan) mail system, with postage prepaid, to be forwarded to the U.S. Postal Service for mailing on January 20, 2026. Therefore, per Houston v. Lack, 487 U.S. 266 (1988), and the "Inmate Mailbox Rule," this letter requesting an extension should be deemed filed on January 20, 2026.

Dated: January 20, 2026    Print: James Dean Kendrick
                            Sign: James Dean Kendrick


cc Files

James Dean Kendrick #19301055
United States Penitentiary
USP Canaan
P.O. Box 300
Waymart, PA 18472

Honorable Mark W. Pedersen
United States Magistrate Judge
U.S. District Court
100 State Street
Rochester, N.Y. 14614

Legal Mail