1 of 2

James Dean Kendrick #19301055
USP Canaan
P.O. Box 300
Waymart, PA 18472
Date: January 22, 2026

Honorable Mark W. Pedersen
U.S. Magistrate Judge
U.S. Courthouse
U.S. District Court
100 State Street
Rochester, N.Y. 14614

Re: Kendrick v. Troche, et al., Case No. 18-cv-06932.

Judge Pedersen,

    Please Take Notice, that by letter dated January 20, 2026 I requested an extension of the deadlines, and scheduling order in the above-mentioned case. However, in an abundance of caution I am herein requesting again, an extension of the cut-off deadlines, and scheduling order, in the above-mentioned case.

    I have discussed additional avenues to obtain the discovery material that we are seeking, with Mr. Silverman, however, as I have not been able to speak with Mr. Silverman since before Christmas, I do not know the status of any attempts to pursue said avenues by Mr. Silverman.

    Due to this Facility (USP Canaan) being locked down, I have been unable to speak with Mr. Silverman, or Mr. Noone, and do not know their position as to my request for

said extension. I also have not included a proposed schedule for new deadlines because I have been unable to speak with Mr. Silverman and, therefore, I do not know how long it may take to obtain said discovery.

I, James Dean Kendrick, declare and state under penalty of perjury that I placed this letter requesting an extension in the Facility (USP Canaan) mail system, with postage prepaid, to be forwarded to the U.S. Postal Service for mailing on January 22, 2026. Therefore, per Houston v. Lack, 487 U.S. 266 (1988), and the "Inmate Mailbox Rule," this letter should be deemed filed on January 22, 2026.

Dated: January 22, 2026   Print: James Dean Kendrick
                          Sign: James Dean Kendrick


cc Files

James Dean Kendrick #19301055
United States Penitentiary
USP Canaan
P.O. Box 300
Waymart, PA 18472

Honorable Mark W. Pedersen
U.S. Magistrate Judge
U.S. Courthouse
U.S. District Court
100 State Street
Rochester, N.Y. 14614

Legal Mail

14614-132299