1 of 2

James Dean Kendrick #1930/055
USP Canaan
P.O. Box 300
Waymart, PA 18472
Date: January 21, 2026

Clerk of the Court
U.S. District Court
U.S. Courthouse
100 State Street
Rochester, N.Y. 14614


Re: Kendrick v. Troche, et al., Case No. 18-cv-06932.


Court Clerk,

    Please Take Notice, by letter dated January 20, 2026, I asked Judge Mark W. Pedersen for an extension of the deadlines, in the above-mentioned case. However, in an abundance of caution I am herein requesting an extension of the cut-off deadlines, and scheduling order, in the above-mentioned case.

    I have not been able to speak with Mr. Silverman, who is assisting in obtaining discovery material, since before Christmas, therefore, I do not know the status of his attempts to obtain said discovery.

    I have not included a proposed scheduling order because I have not spoken with Mr. Silverman, or Mr. Noone, due to the Facility (USP Canaan) being locked down.

2 of 2

As I have not been able to speak with Mr. Silverman, or Mr. Noone, I do not know their position concerning my request for an extension of the deadlines, in the above-mentioned case.

    I, James Dean Kendrick, declare and state under penalty of perjury that I placed this letter requesting an extension in the Facility (USP Canaan) mail system, with postage pre-paid, to be forwarded to the U.S. Postal Service for mailing on January 21, 2026. Therefore, per Houston v. Lack, 487 U.S. 266 (1988), and the "Inmate Mailbox Rule," this letter should be deemed filed on January 21, 2026.

Dated: January 21, 2026    Print: James Dean Kendrick
                                 Sign: James Dean Kendrick

cc Files
cc: Mr. Noone

James Dean Kendrick # 1930/055
United States Penitentiary
USP Canaan
P.O. Box 300
Waymart, PA 18472

HARRISBURG PA   171
24 JAN 2026 PM 2  L

FOREVER/USA

Clerk of the Court
U.S. District Court
U.S. Courthouse
100 State Street
Rochester, N.Y. 14614

Legal Mail

Legal Mail