James Dean Kendrick #1930/055
USP Canaan
P.O. Box 300
Waymart, PA 18472
Date: February 3, 2026

Clerk of the Court
U.S. District Court
U.S. Courthouse
100 State Street
Rochester, N.Y. 14614

Re: Kendrick v. Troche, et al., Case No. 18-cv-06932.

Court Clerk,

    I am writing in regards to my requests for an extension of the cut-off dates, and scheduling order, for the above-mentioned case. I have sent two (2) letters to Judge Pedersen, and one (1) letter to the Court Clerk, all requesting an extension of the cut-off dates and scheduling order, in the above-mentioned case. All of said letters were placed in the facility mail system, with postage prepaid, to be forwarded to the U.S. Postal Service for mailing, prior to the cut-off date. However, as of today's date (Feb. 3, 2026) I still have not received anything, from the Court, informing me if my requests for an extension have been granted.

    Can you please inform me if my requests for an extension have been granted, and the new scheduling order?

    Thank you for your time and assistance on

matter.

Respectfully submitted,

James Dean Kendrick

cc Files

James Dean Hendrick #19301055
United States Penitentiary
USP Canaan
P.O. Box 300
Waymart, PA 18472

HARRISBURG PA 171

5 FEB 2026 PM 4 L

Clerk of the Court
U.S. District Court
U.S. Courthouse
100 State Street
Rochester, N.Y. 14614

Legal Mail

Legal Mail

14614-136899