1 of 2

James Dean Kendrick #1930/055
USP Canaan
P.O. Box 300
Waymart, PA 18472
Date: April 14, 2026

Honorable Mark W. Pedersen
U.S. Magistrate Judge
U.S. Courthouse
100 State Street
Rochester, N.Y. 14614

Re: James Dean Kendrick v. Troche, et. al, Case No.
    18-cv-06932. Request for Extension.

Judge Pedersen,

        I am writing to request an extension of the deadlines, and scheduling Order, in the above-mentioned case.
        I received a letter, from Mr. Silverman, pertaining to a subpoena that was served on the Rochester City Court, seeking documents that would be discovery material in this case. The Court claims not to have the requested records. I just received said letter today and I have not been able to speak with Mr. Silverman, about said letter, and what our next step should be. Therefore, I do not know Mr.

silverman's thoughts, as to the requested extension. I also do not Know Mr. Noone's thoughts, as to the requested extension, because I have not had the opportunity to speak with him. As I have not spoken with Mr. Silverman, or Mr. Noone, I have not included a proposed scheduling Order because I do not Know Mr. Silverman, or Mr. Noone's position on this matter of an extension.

The requested records do exist, are pertinent to this case, and still have not been provided to Plaintiff. I am herein requesting an extension of the deadlines, and Scheduling Order, in the above-mentioned case, so that I can speak with Mr. Silverman about what our next step should be.

I, James Dean Kendrick, declare and state under penalty of perjury that I placed this letter in the — Facility (USP Canaan) legal-mail system, with postage pre-paid, to be forwarded to the U.S. Postal Service for mailing on April 14, 2026. Therefore, per Houston v. Lack, 487 U.S. 266 (1986), and the "Inmate Mailbox Rule," this letter requesting an extension should be deemed filed on April 14, 2026.

Dated: April 14, 2026     Print: James Dean Kendrick
                          Sign: James Dean Kendrick

ccFiles

James Dean Kendrick #19301055
United States Penitentiary
USP Canaan
P.O. Box 300
Waymart, PA 18472

HARRISBURG PA   171

17 APR 2026  PM 1  L

Honorable Mark W. Pedersen
U.S. Magistrate Judge
U.S. District Court (W.D.N.Y.)
1360 United States Courthouse
100 State Street
Rochester, N.Y. 14614

Legal Mail

14614-132299

Legal Mail