1 of 2

James Dean Kendrick #19301055
United States Penitentiary
USP Canaan
P.O. Box 300
Waymart, PA 18472
Date: April 22, 2026

Clerk of the Court
U.S. Courthouse
100 State Street
Rochester, N.Y. 14614

Re: Kendrick v. Troche, et al., Case No.
18-cv-06932. (MWP)
Court Clerk,

    I previously sent a letter, to Judge
Pedersen, requesting an extension of the deadlines
and Scheduling Order, in the above-mentioned case.
However, as of today's date (April 22, 2026) I
still have not received any decision of the Court
on said issue. Can you please inform me as to
the Court's decision on this issue.
    I, James Dean Kendrick, declare and state
under penalty of perjury that I turned this
letter into the Facility (USP Canaan) legal mail system,
with postage pre-paid, to be turned over to the
U.S. Postal Service for mailing on April 22, 2026.
Therefore, per Houston v. Lack, 487 U.S. 266 (1988), and

the "Inmate Mailbox Rule", this letter should be deemed filed on April 22, 2026. I also herein reserve the write to file requesting an extension. I have sent two letters already.

Dated: April 22, 2026    Sign: James Dean Kendrick
                         Print: James Dean Kendrick

James Dean Kendrick # 19301055
United States Penitentiary
USP Canaan
P.O. Box 300
Waymart, PA 18472

Legal Mail

Clerk of the Court
U.S. Courthouse
100 State Street
Rochester, N.Y. 14614

Legal Mail

HARRISBURG PA 171

25 APR 2026 PM 1 L

USA FOREVER

14614-131745



THIS CORRESPON... ... IS FROM AN INMATE CURRENTLY IN THE CUSTODY OF THE FEDERAL BUREAU OF PRISONS