James Dean Kendrick #1930/055
USP Canaan
P.O. Box 300
Waymart, PA 18472
Dated: June 9, 2026

Honorable Mark W. Pedersen
U.S. Magistrate Judge
U.S. Courthouse
100 State Street
Rochester, N.Y. 14614

Re: James Dean Kendrick v. Troche, et al., Case No.
    18-cv-06932

Judge Pedersen,

    On Friday May 29, 2026 I was able to get ahold of Mr. Silverman, by phone, whom the Court appointed to assist me in filing subpoenas and obtaining documents that pertain to the above-mentioned case. During said phone call, Mr. Silverman informed me that he has been unable to obtain the documents sought, even through the use of subpoenas, and responses from the agencies, that were served.
    I believe that we are at a point where the Court is needed to assist in obtaining the documents that are being sought, or to schedule hearings in order to depose the relevant parties as to the whereabouts of said documents. At a minimum, I believe the Court should schedule a Status Hearing for the above-mentioned case.
    Thank you for your time and assistance on this matter.

                    Respectfully submitted,

                    James Dean Kendrick

cc Files

James Dean Kendrick #19301055
United States Penitentiary
USP Canaan

**P. O.** Box 300
Waymart, PA 18472

HARRISBURG PA    171

12 JUN 2026   PM 1  L

Freedom
250
FREEDOM

Honorable Mark W. Pedersen
U.S. Magistrate Judge
U.S. Courthouse
100 State Street
Rochester, N.Y. 14614

Legal Mail

14614-132299

Legal Mail

v-06932-CJS-MJP    Document 146    Filed 06/15/26



THIS CORRESPONDENCE IS FROM AN INMATE
CURRENTLY IN THE CUSTODY OF
THE FEDERAL BUREAU OF PRISONS