UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JAMES DEAN KENDRICK,

                              Plaintiff,              **NOTICE OF TERMINATION**
                                                     **OF LIMITED**
                                                     **REPRESENTATION**

       v.
                                                     18-CV-6932-CJS-MJP
JEFFREY LAFAVE, et al.

                              Defendants.

       Pursuant to Local Rule 83.8(e)(2), undersigned counsel hereby provides notice that the

limited scope representation for which he had been appointed has been fulfilled, and that his

limited scope appointment is hereby terminated.


                                   **GREGORY L. SILVERMAN, ESQ., PLLC**

Dated: June 17, 2026          By:    /s/ Gregory L. Silverman
                                     118 Genesee St.
                                     Geneva, NY  14456
                                     Tel: 585-480-6686
                                     greg@silverman-law.com